IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br><br>MICHAEL GALE NASH,<br><br>                Defendant. | Case No. 3:23-cr-00099-SLG-MMS |

**ORDER ON THE GOVERNMENT'S MOTION TO DISMISS**

      Before the Court at Docket 82 is the Government's Motion to Dismiss. The Government seeks dismissal of the indictment filed against Defendant Michael Gale Nash without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). The Government also asks that the Court "order the director of FMC Devens to determine whether a certificate pursuant to 18 U.S.C. § 4246 . . . should issue."[1] At Docket 83, Defendant Nash responded to the Government's motion. Mr. Nash supports dismissal of the indictment, but he "objects to further hospitalization and detention pending a finding regarding dangerousness under § 4246."[2] The Court held oral argument on the Government's motion on September 8, 2025.

---

[1] Docket 82 at 1-2.

[2] Docket 83 at 1.

The motion to dismiss the indictment without prejudice is GRANTED. The Court declines to issue an order directing the warden of FMC Devens to certify whether the defendant's "release would create a substantial risk of bodily injury to another person or serious damage to the property of another, and that suitable arrangements for State custody and care of the person are not available."[3] The Government requests this order based primarily on a spitting incident that occurred on August 12, 2025. The Court finds that the spitting incident, and the ensuing involuntary administration of medication, do not demonstrate that Mr. Nash's release from federal custody would create a substantial risk of bodily injury to another person at this time, particularly when viewed in the context of Mr. Nash's otherwise nonviolent behavior while he has been in custody for the past 23 months.

DATED this 9th day of September, 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[3] 18 U.S.C. § 4246.

Case No. 3:23-cr-00099-SLG, *USA v. Nash*
Order on the Government's Motion to Dismiss
Page 2 of 2

Case 3:23-cr-00099-SLG-MMS    Document 88    Filed 09/09/25    Page 2 of 2